

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00290-CV

**IN THE INTEREST OF D.M.O,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00385
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

George Carroll's motion to withdraw as counsel for appellees is hereby GRANTED.

It is so **ORDERED** on this 10th day of August, 2017.

PER CURIAM

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk